IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANTHONY MICHELBACK,

    Plaintiff,

v.     No. CIV-14-1082 LAM

CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration,

    Defendant.

# FINAL ORDER

**PURSUANT TO** the Court's Order granting in part *Defendant's Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g)* [*Doc. 30*] entered concurrently herewith, the Court enters this *Final Order* under Fed. R. Civ. P. 58 **REMANDING** this case to the Commissioner of the Social Security Administration for further administrative action.

**IT IS SO ORDERED**.

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by Consent**